UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERESA MESSINA, NICHOLAS KUKUC, and A. M., a minor child, by and through Teresa Messina, his Mother and Next Friend, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | | Case No. 1:14-cv-7099 |
| v. | | Jury Trial Demanded |
| GREEN TREE SERVICING, LLC, a Delaware Limited Liability Company, Defendant. | | Hon. Joan Humphrey Lefkow |
| | | Mag. Judge Hon. Maria Valdez |

**PLAINTIFFS' MOTION FOR ENTRY OF MODEL CONFIDENTIALITY ORDER**

NOW COME Plaintiffs by and through their counsel of record, and pursuant to Federal Rule of Civil Procedure 26(c)(1), move this Court for entry of entry of a protective order, stating as follows:

1. As of the date of this Motion, no protective order has been put in place by the Court.

2. On January 12, 2015, counsel for Defendant provided a redlined, amended version of the Northern District of Illinois's Model Confidentiality Order ("Model Order") for review and comment by email.

3. On January 19, 2015, counsel for Plaintiffs served upon counsel for Defendant Plaintiffs' first round of discovery requests. These included both interrogatories and requests for production of documents.

4. On January 28, 2015, counsel for Plaintiffs contacted counsel for Defendant by email expressing reservations about the amendments Defendant had suggested to the Model

Order and expressing a willingness to stipulate to the entry of the Model Order as prepared by the Northern District and promulgated pursuant to General Order 12-0018.

5. Plaintiffs do not believe that the amendments to the Model Order suggested by Defendant are necessary to protect the parties' respective interests in confidentiality.

6. On February 2, 2015, counsel for Defendant served upon counsel for Plaintiffs Defendant's initial discovery requests. These included both interrogatories and requests for production of documents.

7. On February 2 and 3, 2015, counsel for the parties exchanged a number of emails regarding the parties' inability to agree to either the entry of a protective order as amended by counsel for Defendant or the entry of the Model Order.

8. On February 3, 2015, in an attempt to better understand Defendant's purported need to deviate from the Model Order, and try to resolve the issue, Plaintiffs asked Defendant to identify what purportedly confidential information Defendant believed deserved to be protected. Defendant failed to respond.

9. According to the Federal Rules of Civil Procedure, Defendant's responses to Plaintiffs' first discovery requests are due today, February 18, 2015.

10. Plaintiffs worry that without a protective order in place, Defendant may not respond as required by the Federal Rules of Civil Procedure and may seek, by separate motion, the entry of a protective order not acceptable to Plaintiffs. Such a motion by Defendants will only delay the prosecution of this matter.

11. Plaintiffs have no objection to the Court's entry of the Model Order, an order the Northern District of Illinois has spent considerable time crafting, having weighed both the

parties' interests in confidentiality and the public interest in the availability of court records. *See, e.g., Citizens First Nat. Bank v. Cincinnati Ins. Co.*, 178 F. 3d 943, 944-5 (7th Cir. 1999).

      12.    Entry of the Model Order will obviate the need for additional conferral between the parties regarding confidentiality and will expedite the discovery process in this matter.

      WHEREFORE, Plaintiffs' respectfully request that this Honorable Court enter a protective order identical in substance and effect to the Model Protective Order promulgated by the Northern District of Illinois. Plaintiffs are contemporaneously submitting a proposed order in Word format to the Court's Proposed Order e-mailbox.

DATED:    February 18, 2015        Respectfully submitted,

                                                    By: /s/ Roger Zamparo, Jr.
                                                    Attorney for Plaintiffs

                                                    ZAMPARO LAW GROUP, P.C.
                                                    Roger Zamparo, Jr. (ARDC #3123737)
                                                    1600 Golf Road, Suite 1200
                                                    Rolling Meadows, IL 60008-4229
                                                    (224) 875-3202 (t)
                                                    roger@zamparolaw.com