Exhibit C

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| TERESA MESSINA, NICHOLAS KUKUC, <br> and A.M., a minor child, <br> by and through Teresa Messina, <br> his Mother and Next Friend, <br><br>            Plaintiffs, <br>       v. <br><br> GREEN TREE SERVICING, LLC, <br> a Delaware Limited Liability Company, <br><br>           Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No. 14 cv 7099 <br><br> Judge Joan Lefkow |

### DECLARATION OF TIMOTHY J. BAUER

Under penalty of perjury pursuant to 28 U.S.C. §1746, Timothy J. Bauer declares:

1.      I am employed at Ditech Financial LLC, f/k/a Green Tree Servicing LLC ("Green Tree"), as Vice President of Collections. As Vice President of Collections, my responsibilities include supervising collectors and monitoring the quality of collection calls. Accordingly, I am familiar with the business operations of Green Tree and I am familiar with and have access to Green Tree's books and records. I am authorized to make this Declaration.

2.      Based on my personal knowledge, my experience as Vice President of Collections, my familiarity with Green Tree's business and methods of operation, and my knowledge and review of Green Tree's business records created and kept in the ordinary course of business, I have the personal knowledge required to execute this Declaration and can confirm the accuracy of the information set forth herein.

3.      I am familiar with the input, storage and retrieval methods of the computer systems that Green Tree uses.

**EXHIBIT C**

4.     It is a regular business practice of Green Tree to prepare, maintain and keep records on all accounts it services.

5.     On or about April 1, 2013, Bank of America ("BOA") transferred Teresa Messina's ("Messina") mortgage loan account ("Messina Loan") related to the property at 2279 Dover Shore Court, Friendship, Wisconsin 53934 ("Property") to Green Tree.

6.     I have reviewed Green Tree's business records pertaining to the Messina Loan and have become personally familiar with them.

7.     These records, created at or near the time of the act, event, or condition described therein, by a person with knowledge of the act, event, or condition described therein, are created and kept by Green Tree in the regular and ordinary course of its business.

8.     Green Tree's business records reflect that when it received the Loan from BOA, there was $1,122.79 in "unapplied funds."

9.     "Unapplied funds" refers to money credited to a temporary holding or "suspense" account, pending determination or instruction on how the money is to be allocated.

10.     When customers make a partial payment, the suspense account will hold that payment until full payment is available. Once the suspense account has enough funds to cover a full payment, the funds are removed from suspense and applied to the account.

11.     Green Tree's business records reflect that Messina made her first payment to Green Tree on April 16, 2013, in the amount of $1543.33.

12.     From that payment, Green Tree's system automatically applied $420.54 to the balance in Unapplied Funds to make a full payment, which it then removed and applied

to Messina's account. The system then placed the remaining $1122.79 from the April 16th payment in Unapplied Funds.

13.    Every month that Messina made a payment in the amount of $1543.33, Green Tree's system would run through the same process.

14.    The document attached as Exhibit A is a true and correct copy of the collection comment notes ("Collection Notes") for the Messina Loan as of October 3, 2014, which accurately reflects the contemporaneous notes made by Green Tree related to the Messina Loan.

15.    The document attached as Exhibit B is a true and correct copy of the notice of transfer ("Notice of Transfer") Green Tree sent to Teresa Messina on April 15, 2013.

I declare under penalty of perjury that the foregoing is true and correct.

By _____

Date: __10/30/15_____

Exhibit A

# Redacted

**EXHIBIT A**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0005

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0006

# Redacted

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0008

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0009

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0010

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0011

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0012



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0013

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0018

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0021

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0022



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0023

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0024

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0025

# Redacted

GT0026



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0027

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0029

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0030

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0031

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0032

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0033

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0034

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0035

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0036



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0037

# Redacted

GT0038

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0041

# Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0043

Redacted

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

GT0044

Exhibit B

relationships that work

# green tree

PO Box 6172
Rapid City, SD 57709-6172

Tel 1-855-675-1030
GTServicing.com

+ 0424386 000013449 09GTR2 0054807 H
TERESA H MESSINA
24 TAMARACK AVE
NAPERVILLE IL 60540-8018
ⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼⅼ

April 15, 2013

**Bank of America N.A. ("Bank of America") Account Number:** Redacted
**New Green Tree Account Number:** Redacted

## NOTICE OF ASSIGNMENT, SALE, OR TRANSFER OF SERVICING RIGHTS

Dear Valued Customer:

**Welcome to Green Tree Servicing LLC.**

You are hereby notified that the servicing of your mortgage loan, that is, the right to collect payments from you, is being assigned, sold or transferred from Bank of America N.A. ("Bank of America") to Green Tree Servicing LLC ("Green Tree") effective April 1, 2013.

The assignment, sale, or transfer of the servicing of the mortgage loan does not affect any term or condition of the mortgage instruments, other than the terms directly related to the servicing of your loan.

Except in limited circumstances, the law requires that your present servicer send you this notice at least 15 days before the effective date of transfer, or at closing. Your new servicer must also send you this notice no later than 15 days after this effective date or at closing.

Your present servicer is Bank of America. If you have any questions relating to the transfer of servicing from your present servicer, call Customer Service toll-free at 1-800-669-6607 between 7:00 a.m. and 7:00 p.m., Monday through Friday, all US time zones.

Your new servicer will be Green Tree. The business address for your new servicer is: PO Box 6172, Rapid City, SD 57709-6172. To ensure timely posting of your payments, please send payments to the address indicated below.

If you have any questions relating to the transfer of servicing to your new servicer, call Customer Service toll-free at 1-855-675-1030 between 7:00 a.m. and 8:00 p.m. CST, Monday through Friday or between 7:00 a.m. and 1:00 p.m. CST, on Saturday.

The date that your present servicer will stop accepting payments from you is March 31, 2013. The date that your new servicer will start accepting payments from you is April 1, 2013. **SEND ALL PAYMENTS DUE ON OR AFTER APRIL 1, 2013, TO YOUR NEW SERVICER:**

**Green Tree Servicing LLC**
**PO Box 7169**
**Pasadena, CA 91109 - 7169**

The transfer of servicing will affect the terms of or the continued availability of any optional insurance (i.e.,mortgage life, disability insurance etc.) or optional products that you may have on the loan. You will need to contact the company providing the insurance or other product directly for continued coverage or enrollment.

# EXHIBIT B

TM_00001

I025-00D

**NOTICE ABOUT YOUR RIGHTS**

You should be aware of the following information, which is set out in more detail in Section 6 of the Real Estate Settlement Procedures Act ("RESPA") (12 U.S.C. §2605):

During the 60 day period following the effective date of the transfer of the loan servicing, a loan payment received by your present servicer before its due date may not be treated by your new servicer as late, and a late fee may not be imposed on you.

Section 6 of RESPA (12 U.S.C. §2605) gives you certain consumer rights. If you send a "qualified written request" to your loan servicer concerning the servicing of your loan, your servicer must provide you with a written acknowledgement within 20 Business Days of receipt of your request. A "qualified written request" is a written correspondence, other than notice on a payment coupon or other payment medium supplied by the servicer, which includes your name and account number, and your reasons for the request. If you want to send a "qualified written request" regarding the servicing of your loan to your new servicer, it must be sent to this address: Green Tree, PO Box 6176, Rapid City, SD 57709-6176.

Not later than 60 Business Days after receiving your request, your servicer must make any appropriate corrections to your account, and must provide you with a written clarification regarding any dispute. During this 60 Business Day period, your servicer may not provide information to a consumer reporting agency concerning any overdue payment related to such period or qualified written request. However, this does not prevent the servicer from initiating foreclosure if proper grounds exist under the mortgage documents.

A Business Day is a day on which the offices of the business entity are open to the public for carrying on substantially all of its business functions.

Section 6 of RESPA also provides for damages and costs for individuals or classes of individuals in circumstances where servicers are shown to have violated the requirements of that Section. You should seek legal advice if you believe your rights have been violated.

As your future servicer, we at Green Tree look forward to serving you.

Respectfully,

Green Tree

**BANKRUPTCY NOTICE: IF YOU ARE IN BANKRUPTCY OR IF YOUR OBLIGATION TO REPAY THIS LOAN WAS DISCHARGED IN BANKRUPTCY, THIS INFORMATIONAL NOTICE IS SENT TO YOU IN ORDER TO COMPLY WITH STATUTORY REQUIREMENTS. IT IS NOT AN ATTEMPT TO COLLECT THE DEBT. YOU MAY DISREGARD INFORMATION PERTAINING TO PAYMENT REMITTANCE. YOU ARE NOT OBLIGATED TO MAKE PAYMENTS AND ANY AMOUNT(S) YOU DO PAY GREEN TREE IS AT YOUR DISCRETION.**

TM_00002

**BANKRUPTCY NOTICE: IF YOU ARE IN BANKRUPTCY OR IF YOUR OBLIGATION TO REPAY THIS LOAN WAS DISCHARGED IN BANKRUPTCY, THIS INFORMATIONAL NOTICE IS SENT TO YOU IN ORDER TO COMPLY WITH STATUTORY REQUIREMENTS. IT IS NOT AN ATTEMPT TO COLLECT THE DEBT. YOU MAY DISREGARD INFORMATION PERTAINING TO PAYMENT REMITTANCE. YOU ARE NOT OBLIGATED TO MAKE PAYMENTS AND ANY AMOUNT(S) YOU DO PAY GREEN TREE IS AT YOUR DISCRETION.**

**Payment Processing:**

Account Payment Address:

**Green Tree Servicing LLC**
**PO Box 7169**
**Pasadena, CA 91109 - 7169**

If you currently have future dated Pay By Phone payment(s) set up with Bank of America these transactions were canceled upon transfer of servicing to Green Tree. If you would like to set up future Pay By Phone payments with Green Tree, please contact our Customer Service Department at 1-855-675-1030.

**Loan Modifications**: If you are currently in an active trial modification or have a modification review underway, this information will be forwarded to Green Tree so they can continue the process with you. Please call 1-855-675-1030 if you have questions about your modification.



**Insurance Loss Payee:**

The mortgagee clause of your homeowners insurance policy, and if applicable your flood insurance policy, needs to be updated to reflect Green Tree Servicing LLC as a loss payee. Please have your insurance agent update your policy with the information listed below. If your loan or line of credit is in a second lien position, in addition to the mortgagee clause below, your policy should also still have a separate mortgagee clause for the lender in the first lien position. Proof of insurance can be faxed to 1-866-263-8962 or mailed to Green Tree Servicing LLC at the following address:

Green Tree Servicing LLC
Its affiliates and/or assigns
PO Box 979282
Miami FL 33197-9282

**Customer Service:**
Any questions, complaints or inquiries you have regarding your loan may always be directed in writing to our Customer Service Department at the below-referenced address or by calling the toll-free phone number at 1-855-675-1030, between 7:00 a.m. and 8:00 p.m. CST, Monday through Friday and between 7:00 a.m. and 1:00 p.m. CST, on Saturday. You can also access our website at GTServicing.com 24 hours a day. The website allows convenient, secure access to your basic account information, and allows you to make payments on your account, obtain payoff quotes and insurance information. The website will be available to you shortly after the servicing transfer day. You may also contact Green Tree by writing to us at the following address:

Green Tree Servicing LLC
PO Box 6172
Rapid City, SD 57709-6172

Fair and Accurate Credit Transactions Act Notice - We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

SC0025-00D