Exhibit D

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TERESA MESSINA, NICHOLAS KUKUC, and A.M., a minor child, by and through Teresa Messina, his Mother and Next Friend, | ) ) ) ) | |
| | ) | Case No. 14 cv 7099 |
| Plaintiffs, | ) | |
| v. | ) | Judge Joan Lefkow |
| | ) | |
| GREEN TREE SERVICING, LLC, a Delaware Limited Liability Company, | ) ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF ROGER SPARKS**

Under penalty of perjury pursuant to 28 U.S.C. § 1746, Roger Sparks declares:

1.      I am presently employed by Ditech Financial LLC, f/k/a Green Tree Servicing LLC ("Green Tree"), in the position of Systems Manager, which position I have held since November 12, 2012. Prior to becoming Systems Manager, I was employed by Green Tree in the position of Technical Support Administrator from April 12, 2010 to November 11, 2012. As Technical Support Administrator, I had responsibility for managing the functions of Green Tree's predictive dialer. As Systems Manager, my responsibilities include management and support of the technologies used by Green Tree's call centers, including Green Tree's predictive dialer. I am knowledgeable about the operations of Green Tree's predictive dialer and phone calling systems.

2.      Based on my personal knowledge, my experience as Systems Manager, my familiarity with Green Tree's business and methods of operation, and my knowledge and review of Green Tree's business records created and kept in the ordinary course of

**EXHIBIT D**

business, I have the personal knowledge required to execute this Declaration and can confirm the accuracy of the information set forth herein.

3.      I am familiar with the input, storage and retrieval methods of the computer systems that Green Tree uses.

4.      It is a regular business practice of Green Tree to prepare, maintain and keep records on all accounts it services.

5.      In 2013 and 2014, Green Tree used two separate methods to contact customers by telephone: (1) calls made manually by calling agents at Green Tree's call centers either through clicking on the customer's phone number or dialing the number on a telephone; and (2) calls made by Green Tree's predictive dialing system.

6.      With respect to manual calls, the calling agents operated computers with a custom-built account user interface known as "UCSe." Those computers did not store customer information or have software that would enable the computer to produce telephone numbers to be called using a random or sequential numerator generator, and to then call those numbers. Moreover, the call center computers did not have the capability to perform predictive dialing, and the call center agents had no ability to initiate predictive dialing.

7.      Rather, for any given loan, the calling agent, using the UCSe interface, accessed information regarding the loan (including phone numbers when applicable) that resided on an IBM 9117, Model MMD server ("the Server") which was located in St. Paul, Minnesota.

8.      If the agent determined that a call to a customer was warranted by the circumstances then existing, the agent manually placed a call to the customer by either

2

dialing the customer's phone number on the agent's telephone, using the keypad on the agent's computer to dial the customer's number, or using the computer mouse to click on a telephone number that was displayed on the computer screen (which number was retrieved from the Server, where that information was stored). In the latter two cases, after action by the agent, the agent's computer would cause the agent's telephone to dial the customer's number and the call would proceed as if the agent had personally dialed the number on the telephone.

9.      After the call with the customer was completed and the agent moved on to another loan, all information relating to the prior loan would disappear from the agent's computer; customer information was not stored on the agent's computer.

10.      In sum, the process for manually dialing required four components (i.e., a live calling agent, the agent's computer, the server, and a telephone), and the process of dialing had to be initiated by the calling agent making a decision to call the customer and then taking action to cause the number to be dialed.

11.      During the relevant period, Green Tree also contacted customers using a predictive dialer known as the Aspect Unified IP Version 6.6 Service Pack 2 ("Dialer") to conduct "Dialer campaigns." Green Tree's Dialer was a combination of hardware and software located in Tempe, Arizona and St. Paul, Minnesota, separate and apart from the server and the computers located in the calling centers.

12.      For the Dialer to make calls, a Green Tree employee first determined what criteria would be used to select the phone numbers that would be dialed as part of a Dialer campaign.

3

13.     The selected numbers were transferred in a data file from the Server to the Dialer, which then dialed those numbers.

14.     For a Green Tree agent to participate in phone calls initiated by the Dialer (i.e., a Dialer campaign), it was necessary for the agent to log on to the Dialer from the agent's computer. Once the agent logged on to the Dialer, the Dialer would connect via telephone line to the agent's telephone.

15.     If the Dialer detected that a live person had answered the call, the Dialer would transfer the call to an available agent (i.e., an agent who had taken affirmative action to log onto the Dialer and who was not otherwise engaged in speaking with another customer. Occasionally, recorded messages were left by the Dialer instead of transfer of the call to an agent.

16.     Individual calling agents did not have the ability to set up a Dialer campaign from their computers or to otherwise initiate action by the Dialer. On occasion, a regional manager set up a Dialer campaign for calling agents in his region. If a regional manager decided that a Dialer campaign was needed, he set up the campaign by providing the account criteria for the accounts to be called. Calling agents within the region then logged onto the Dialer and the Dialer connected via phone line to the agents' phones. The Dialer then began its work and connected answered calls to available representatives. The use of the Dialer at the regional level was left to the decision of the regional managers.

17.     The document attached as Exhibit A is a true and correct copy of the call log ("Dialer Log") from Green Tree's Dialer showing all calls to any number made by the Dialer related to the Messina Loan.

4

18.     Green Tree's Dialer did not place any calls to Redacted 8233 between July 19,

2013 and August 26, 2013.

19.     Green Tree's Dialer never placed any calls to Redacted 1251.

20.     Green Tree's Dialer never placed any calls to Redacted 2971.

I declare under penalty of perjury that the foregoing is true and correct.

By: _____

Date: 10-29-15

5



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT A

GT0001



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

GT0003



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

GT0002



CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

GT0004