# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TERESA MESSINA, NICHOLAS KUKUC, and A. M., a minor child, by and through Teresa Messina, his Mother and Next Friend, | ) ) ) ) ) | Civil Action |
| | ) | Case No. 1:14-cv-7099 |
| Plaintiffs, | ) ) | JURY TRIAL DEMANDED |
| v. | ) ) | Hon. Joan H. Lefkow |
| GREEN TREE SERVICING, LLC, a Delaware Limited Liability Company, | ) ) ) | Assigned District Judge |
| *Defendant*. | ) | |

## MOTION FOR LEAVE TO WITHDRAW APPEARANCE AS ATTORNEY AND CONFIRMATION OF COUNSEL OF RECORD

Pursuant to Local Rule 83.17, the undersigned, Jordan M. Sartell, counsel of record for Plaintiffs Teresa Messina, Nicholas Kukuc, and A.M. ("Plaintiffs"), hereby moves for leave to withdraw his appearance. In support thereof, the undersigned states as follows:

1. At the time of filing my appearance in this matter on behalf of Plaintiffs, I was employed by the law firm Zamparo Law Group, P.C.

2. As of September 23, 2016, I will no longer be associated with Zamparo Law Group, P.C.

3. Roger Zamparo, Jr., principal of Zamparo Law Group, P.C., is also counsel of record for Plaintiffs and Plaintiffs will remain represented by Mr. Zamparo.

4. As such, the Court's granting of this Motion will not prejudice any party or delay the proceedings in the instant litigation.

5. Based on the foregoing, pursuant to Local Rule 83.17, Jordan M. Sartell seeks leave to withdraw his appearance on behalf of Plaintiffs.

2

Dated: September 14, 2016					Respectfully submitted,

					By:	*/s/Jordan M. Sartell*
						One of Plaintiff's Attorneys

						ZAMPARO LAW GROUP, P.C.
						Roger Zamparo, Jr.
						Jordan M. Sartell
						2300 Barrington Road, Suite 140
						Hoffman Estates, IL 60169
						(224) 875-3202 (t)
						roger@zamparolaw.com
						jordan@zamparolaw.com

3

## **CERTIFICATE OF SERVICE**

      Jordan M. Sartell, an attorney, certifies that on September 14, 2016, he electronically filed the foregoing **Motion for Leave to Withdraw Appearance as Attorney and Confirmation of Counsel of Record** with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

      */s/Jordan M. Sartell*