# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| TERESA MESSINA, NICHOLAS KUKUC, and A. M., a minor child, by and through Teresa Messina, his Mother and Next Friend, ) ) ) ) ) | Civil Action |
| ) | Case No. 1:14-cv-7099 |
| Plaintiffs, ) ) | JURY TRIAL DEMANDED |
| v. ) ) | Hon. Joan H. Lefkow |
| GREEN TREE SERVICING, LLC, a Delaware Limited Liability Company, ) ) ) | Assigned District Judge |
| *Defendant*. ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE, that on September 21, 2016, at 9:30 a.m., or as soon as counsel shall be heard, the undersigned shall appear before the Honorable Joan Humphrey Lefkow, in courtroom 2201, located in the Everett McKinley Dirksen Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Counsel's **Motion for Leave to Withdraw Appearance as Attorney and Confirmation of Counsel of Record**, a copy of which is served upon you.

Dated: September 14, 2016          Respectfully submitted,

By:   */s/Jordan M. Sartell*
One of Plaintiffs' Attorneys

ZAMPARO LAW GROUP, P.C.
Roger Zamparo, Jr.
Jordan M. Sartell
2300 Barrington Road, Suite 140
Hoffman Estates, IL 60169
(224) 875-3202 (t)
roger@zamparolaw.com
jordan@zamparolaw.com

## **CERTIFICATE OF SERVICE**

   Jordan M. Sartell, an attorney, certifies that on September 14, 2016, he electronically filed the foregoing Notice of Counsel's **Motion for Leave to Withdraw Appearance as Attorney and Confirmation of Counsel of Record** with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                   */s/Jordan M. Sartell*